No. 2236. STATE *v.* JACOBS. April Term, 1888. After the appeal in this case was heard and decided (*ante*, 29), defendant obtained a stay of *remittitur* so that he might make a motion in the Circuit Court for a new trial on after discovered evidence. Judge Norton refused this motion when made for want of jurisdiction, and defendant appealed from this order. He then moved for a still further stay of the *remittitur*, with leave to renew his motion below. This motion was refused on the following grounds:

1. Even if this court has the power to grant such a motion after judgment affirmed, the facts alleged as to subsequently discovered testimony would not warrant it.

2. No sufficient reason appears why the motion already made and decided below should be opened and reconsidered. OPINION PER CURIAM, May 14, 1888. *A. Blythe*, for the motion. *Orr*, solicitor, contra.

No. 2237. STEDHAM *v.* CREIGHTON. April Term, 1887. This was a motion to dismiss an appeal in a case at law, upon the ground that exceptions to the rulings of the presiding judge had not been taken at the trial, nor within ten days after the rising of the court, upon which rulings the appeal was based. The motion was granted PER CURIAM May 18, 1888, without prejudice, the Chief Justice saying that this order would not prevent the appellants from moving to restore the case under the act of 1880, if so advised. *Ernest Gary*, for the motion. *Sheppard Bros.*, contra.